
RECEIVED
IN MONROE, LA
APR 0 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JASON PEPPERS | CIVIL ACTION NO. 04-2356 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ARIES MARINE CORP., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling, together with the reasons stated in the Magistrate Judge's Report and Recommendation [Doc. No. 55] and adopted by the Court and the Magistrate Judge's January 30, 2006 Ruling [Doc. No. 71],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Hydril Company L.P.'s Motion for Summary Judgment [Doc. No. 28] is GRANTED, and Plaintiff's claims against this Defendant are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff's Appeal [Doc. No. 73] of the Magistrate Judge's Ruling on Defendant Hydril Company L.P.'s Motion in Limine [Doc. No. 48] is DENIED, and the Magistrate Judge's Ruling [Doc. No. 71] is AFFIRMED.

MONROE, LOUISIANA, this _____3_____ day of _____April_____, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE